IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM PASSARELLA, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 17-4349 |
| v. | : | |
| CITIZEN'S BANK, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 12th day of March, 2018, after considering the amended complaint filed by the *pro se* plaintiff, William Passarella (Doc. No. 10); and for the reasons set forth in the separately filed memorandum opinion; accordingly, it is hereby **ORDERED** as follows:

1. The amended complaint (Doc. No. 10) is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction;[1]

2. The plaintiff's request for appointment of counsel (Doc. No. 6) is **DENIED**; and

3. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] This dismissal is without prejudice to the plaintiff refiling his claims in state court. The plaintiff may not file a second amended complaint in this case.